UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER K. HARBURY, on her own behalf and as administratrix of the Estate of Efrain Bamaca-Velasquez,<br><br>   Plaintiff,<br><br>     v.<br><br>MICHAEL V. HAYDEN, Director of the Central Intelligence Agency, *et al.*,<br><br>   Defendants. | Civil Action No. 96-438 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 1st day of August, 2006, hereby

**ORDERED** that [199] Defendant's Motion to Dismiss All Remaining Counts of the Complaint Pursuant to Federal Rule of Civil Procedure 12(h)(3) is GRANTED; it is further

**ORDERED** that this case is closed.  This is a final, appealable Order.

**SO ORDERED**.

                                                       */s/*
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge